AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| HENRY'S LOUISIANA GRILL, INC. <br><br> *Plaintiff(s)* <br> v. <br> HENRY'S MIDTOWN LLC <br><br> *Defendant(s)* | Civil Action No. 1:15-cv-4423 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  HENRY'S MIDTOWN LLC
c/o Allen Bradley, Registered Agent
1201 Peachtree St., NE, Suite 500
Atlanta, GA 30361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James J. Leonard, jim.leonard@btlaw.com
Jeffrey C. Morgan, jeff.morgan@btlaw.com
Kara Cleary, kara.cleary@btlaw.com
Barnes & Thornburg LLC
3475 Piedmont Rd., NE, Suite 1700
Atlanta, GA 30305

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: December 22, 2015



s/Anniva Renick
*Signature of Clerk or Deputy Clerk*